AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
MARY PHOENIX NGUYEN )   Case No.  3:22-mj-00191
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/1/21 through 10/19/22__ in the county of __Clackamas__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028A | Aggravated Identity Theft |
| 18 USC §§1029(a)(2), (a)(3),(a)(4) | Fraud and Related Activity in Connection with Access Devices |

This criminal complaint is based on these facts:

See attached affidavit of HSA Specia Agent Chad Lindsly.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

HSI Special Agent Chad Lindsly
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __10:46__ a.m./p.m.

Date: __10/19/2022__

/s/ Stacie F. Beckerman
*Judge's signature*

City and state: __Portland, Oregon__   The Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*